UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                      Case No. 1:08−cr−00134−JTN

v.                                Hon. Janet T. Neff

CHRISTOPHER LYNN JOHNSON,

    Defendant.
_____/

## NOTICE OF HEARING CANCELLATION

The Status Conference set in this matter for **September 12, 2012 @ 9:30 AM** is hereby **CANCELLED.**

                                       JANET T. NEFF
                                       United States District Judge

Dated:  September 11, 2012       By: /s/ Rick Wolters
                                                Case Manager